UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| RICHARD JAMES GALLAGHER, ) | Case No. 14-14746-BFK |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| KOLEEN GALLAGHER, ) | |
| ) | Adversary Proceeding |
| Plaintiff, ) | No. 15-01027-BFK |
| ) | |
| vs. ) | |
| ) | |
| RICHARD JAMES GALLAGHER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter came before the Court for a trial on the merits on October 29 and 30, 2015 on the Plaintiff's complaint seeking to declare certain debts non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(4), 523(a)(6). The Court has entered Findings of Fact and Conclusions of Law with respect to the Complaint. Docket No. 48. For the reasons stated in the Court's Findings of Fact and Conclusions of Law, it is

**ORDERED:**

1. The sum of **$192,272.48** is non-dischargeable pursuant to 28 U.S.C. § 523(a)(2)(A).

2. The balance of the Plaintiff's investment and loans is dischargeable.

3. The Clerk will mail copies of this Order, or provide electronic notice of its entry, the parties below.

Date: Jan 29 2016

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

A TRUE COPY TESTE:
WILLIAM C. REDDEN CLERK
BY: Jillinda Glenn
DEPUTY CLERK

Entered on Docket: Jan 29 2016

Copies to:

Christina Maria Heischmidt, Esquire
David Ludwig, Esquire
Dunlap Bennett & Ludwig PLLC
211 Church Street SE
Leesburg, VA 20175
Counsel for Plaintiff

Mark Edward Chadwick, Esquire
Munger Chadwick, PLC
333 N. Wilmot, Suite 300
Tucson, Arizona 85711
Counsel for Plaintiff

Richard James Gallagher
5820 Lowell Avenue
Annandale, VA 22003
Defendant

George E. Tuttle, Jr., Esquire
1225 Martha Custis Drive, Suite 103
Alexandria, VA 22302-2017
Counsel for Defendant