**MUNGER CHADWICK, P.L.C.**
National Bank Plaza
333 North Wilmot, Suite 300
Tucson, Arizona 85711
Telephone: (520) 721-1900
Facsimile: (520) 747-1550

Mark E. Chadwick
mechadwick@mungerchadwick.com
ASB # 014991
Attorney for: Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KOLEEN GALLAGHER,<br><br>          Plaintiff/<br>          Judgment Creditor,<br><br>vs.<br><br>RICHARD JAMES. GALLAGHER,<br><br>          Defendant/<br>          Judgment Debtor<br>and<br><br>Beverly Gallagher, Personal Representative<br>The Estate of Josephine Marie Gallagher<br>c/o Kevin Kinghorn<br>Kinghorn Heritage Law Group, PLC<br>3573 East Sunrise Drive, Suite 209<br>Tucson, AZ 85718<br><br>          Executee/Garnishee. | **NO. 4:17-MC-00005**<br><br>**APPLICATION FOR WRIT OF EXECUTION**<br>**(Non-Earnings)**<br><br>**(Rule 69, Fed. R. Civ. Pro;**<br>**A.R.S. §§12-1572 – 1597)** |

STATE OF ARIZONA  )
                            ) ss
County of Pima       )

      MARK E. CHADWICK, being first duly sworn, deposes and says:

1. He is the attorney for the above named Judgment Creditor, and is authorized to make this Affidavit

2. Plaintiff has recovered judgment against Judgment Debtor Richard James Gallagher.

3. The amount of the outstanding balance on the judgment or order, including accrued interest and allowable costs is $192,272.48. Interest accrues at the rate of .58% per annum. The cost of serving the Writ of Execution will be as shown on the Affidavit of Service and may be added to the Judgment along with allowable costs.

4. I believe the Executee/Garnishee is holding money for judgment debtor which is not exempt from collection.

5. I have provided executee's/garnishee's name and address in the caption above.

6. I have attached a completed Writ of Execution and Summons form and ask that the Writ be issued.

DATED this 22nd day of November, 2017.

MUNGER CHADWICK, P.L.C.

_____
Mark E. Chadwick
Attorney for Judgment Creditor

SUBSCRIBED AND SWORN to before me this 22nd day of November, 2017, by Mark E. Chadwick.

_____
Notary Public

My Commission Expires on:

OFFICIAL SEAL
DONOLYN JOHNSEN
NOTARY PUBLIC - State of Arizona
PIMA COUNTY
My Comm. Expires August 14, 2020