**MUNGER CHADWICK, P.L.C.**
National Bank Plaza
333 North Wilmot, Suite 300
Tucson, Arizona 85711
Telephone: (520) 721-1900
Facsimile: (520) 747-1550

Mark E. Chadwick
mechadwick@mungerchadwick.com
ASB # 014991
Attorney for: Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KOLEEN GALLAGHER,<br><br>   Plaintiff/<br>   Judgment Creditor,<br><br>vs.<br><br>RICHARD JAMES. GALLAGHER,<br><br>   Defendant/<br>   Judgment Debtor<br><br>and<br><br>JPMorgan Chase Bank, N.A.<br>c/o CT Corporation System<br>3800 N. Central Ave., Suite 460<br>Phoenix, AZ  85012<br><br>   Executee/Garnishee. | NO. 4:17-MC-00005<br><br>**AMENDED APPLICATION FOR WRIT OF EXECUTION**<br>**(Non-Earnings)**<br><br>(Rule 69, Fed. R. Civ. Pro; A.R.S. §§12-1572 – 1597) |

STATE OF ARIZONA )
         ) ss
County of Pima   )

  MARK E. CHADWICK, being first duly sworn, deposes and says:

1. He is the attorney for the above named Judgment Creditor, and is authorized to make this Affidavit

2. Plaintiff has recovered judgment against Judgment Debtor Richard James Gallagher.

3. The amount of the outstanding balance on the judgment or order, including accrued interest and allowable costs is $192,272.48. Interest accrues at the rate of .58% per annum. The cost of serving the Writ of Execution will be as shown on the Affidavit of Service and may be added to the Judgment along with allowable costs.

4. I believe the Executee/Garnishee is holding money for judgment debtor which is not exempt from collection.

5. I have provided Executee's/Garnishee's name and address in the caption above.

6. I have attached a completed Writ of Execution and Summons form and ask that the Writ be issued.

DATED this 4th day of December, 2017.

MUNGER CHADWICK, P.L.C.

Mark E. Chadwick
Attorney for Judgment Creditor

SUBSCRIBED AND SWORN to before me this 4th day of December, 2017, by Mark E. Chadwick.

Notary Public

My Commission Expires on:

OFFICIAL SEAL
DONOLYN JOHNSEN
NOTARY PUBLIC - State of Arizona
PIMA COUNTY
My Comm. Expires August 14, 2020

Case 4:17-mc-00005-RM Document 13 Filed 12/04/17 Page 3 of 5
Case 4:17-mc-00005 Document 4 Filed 11/02/17 Page 3 of 5
Case 4:17-mc-00005 Document 1 Filed 07/10/17 Page 1 of 1

Form 2650 (12/15)

# United States Bankruptcy Court

__Eastern__ District Of __Virginia__

In re __Richard James Gallagher__,
           Debtor

Case No. __14-14746-BFK__

Chapter __7__

__Koleen Gallagher__,
           Plaintiff

v.

__Richard James Gallagher__
           Defendant

Adv. Proc. No. __15-01027__

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

    I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on __01/29/2016__ as it appears in the records of this court, and that:
                                                           (date)

- [x] No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

- [ ] No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                       (date)

- [ ] An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
              (name of court)                                    (date)

- [ ] An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
              (date)

WILLIAM C. REDDEN
Clerk of the Bankruptcy Court

__June 29, 2017__         By: __/s/ Jillinda Glenn__
Date                              Deputy Clerk

A TRUE COPY TESTE:
WILLIAM C. REDDEN CLERK
BY: _____
       DEPUTY CLERK

Case 4:17-mc-00005-RM   Document 13   Filed 12/04/17   Page 4 of 5
Case 4:17-mc-00005   Document 4   Filed 11/02/17   Page 4 of 5
Case 4:17-mc-00005   Document 1-1   Filed 07/10/17   Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: | ) |
| RICHARD JAMES GALLAGHER, | ) Case No. 14-14746-BFK |
| Debtor. | ) Chapter 7 |
| KOLEEN GALLAGHER, | ) |
| Plaintiff, | ) Adversary Proceeding |
| | ) No. 15-01027-BFK |
| vs. | ) |
| RICHARD JAMES GALLAGHER, | ) |
| Defendant. | ) |

## ORDER

This matter came before the Court for a trial on the merits on October 29 and 30, 2015 on the Plaintiff's complaint seeking to declare certain debts non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(4), 523(a)(6). The Court has entered Findings of Fact and Conclusions of Law with respect to the Complaint. Docket No. 48. For the reasons stated in the Court's Findings of Fact and Conclusions of Law, it is

**ORDERED:**

1. The sum of **$192,272.48** is non-dischargeable pursuant to 28 U.S.C. § 523(a)(2)(A).

2. The balance of the Plaintiff's investment and loans is dischargeable.

3. The Clerk will mail copies of this Order, or provide electronic notice of its entry, the parties below.

Date: Jan 29 2016

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

A TRUE COPY TESTE:
WILLIAM C. REDDEN CLERK
BY: _____
DEPUTY CLERK

Entered on Docket: Jan 29 2016

Case 4:17-mc-00005-RM   Document 13   Filed 12/04/17   Page 5 of 5
Case 4:17-mc-00005   Document 4   Filed 11/02/17   Page 5 of 5
Case 4:17-mc-00005   Document 1-1   Filed 07/10/17   Page 2 of 2

Copies to:

Christina Maria Heischmidt, Esquire
David Ludwig, Esquire
Dunlap Bennett & Ludwig PLLC
211 Church Street SE
Leesburg, VA 20175
Counsel for Plaintiff

Mark Edward Chadwick, Esquire
Munger Chadwick, PLC
333 N. Wilmot, Suite 300
Tucson, Arizona 85711
Counsel for Plaintiff

Richard James Gallagher
5820 Lowell Avenue
Annandale, VA 22003
Defendant

George E. Tuttle, Jr., Esquire
1225 Martha Custis Drive, Suite 103
Alexandria, VA 22302-2017
Counsel for Defendant