


**Court Orders and Levies**
P.O. Box 183164
Columbus, OH 43218-3164
Phone: 1-866-578-7022

FILED ✓        LODGED ___
RECEIVED ___   COPY ___

DEC - 5 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA
405 W CONGRESS ST #1500
TUCSON, AZ 85701

**RE: KOLEEN GALLAGHER v. RICHARD J GALLAGHER Case No.: 4MC1700005, UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

JPMorgan Chase Bank, N.A. is in receipt of your Post Judgment Garnishment against the following debtor(s): RICHARD J GALLAGHER

Memo: No Deposit Accounts

### Answers

| | |
|---|---|
| I owed judgment debtor: | Not Applicable |
| I am withholding: | Not Applicable |
| I released: | Not Applicable |
| I was in possession of the following personal property belonging to the judgment debtor: | Not Applicable |
| Garnishee is a corporation in which the judgment debtor owns these shares or interest: | NONE |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Post Judgment Garnishment. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

Very truly yours,

*[signature]* 11/30/17

CHRISTINA L HARRISON
Doc Review Sr Specialist II
JPMorgan Chase Bank, N.A.
Court Orders and Levies Department

State of Ohio
County of Franklin

Sworn to and subscribed before me on the 30th day of November, 20 17, by Christina L. Harrison

_Monica A. Eberhardt-Davis_
Signature of Notary



JPMorgan Chase & Co.
350 S Cleveland
   OH4-W501
Westerville, OH 43081

USAO-Tuc-Fui 12/05/17 AM 10:50



UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA
405 W CONGRESS ST #1500
TUCSON, AZ 85701