**MUNGER CHADWICK, P.L.C.**
National Bank Plaza
333 North Wilmot, Suite 300
Tucson, Arizona 85711
Telephone: (520) 721-1900
Facsimile: (520) 747-1550

Mark E. Chadwick
mechadwick@mungerchadwick.com
ASB # 014991
Attorney for: Plaintiff

___ FILED  ___ LODGED
___ RECEIVED  ___ COPY

DEC 27 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

KOLEEN GALLAGHER,

    Plaintiff/
    Judgment Creditor,

vs.

RICHARD JAMES. GALLAGHER,

    Defendant/
    Judgment Debtor

and

BMO HARRIS BANK
4380 n. Campbell, Suite 100
Tucson, AZ 8571
    Executee/Garnishee.

NO. 4:17-MC-00005

**EXECUTEE/GARNISHEE ANSWER AND AFFIDAVIT**

(Rule 69, Fed. R. Civ. Pro;
A.R.S. §§12-1572 – 1597)

State of Arizona  )
               ) ss.
County of Pima   )

    1.    I am the above named Executee/Garnishee or am authorized by the Executee/Garnishee to make this affidavit on their behalf, regarding the Writ of

1. Execution served on Executee/Garnishee on 12-18-17

2. The Executee/Garnishee was___ was not _X_ indebted to or otherwise in possession of monies of the Judgment Debtors at the time the Writ was served, including without limitation, any accounts in which Richard J. Gallagher is designated as payable upon death beneficiary, including, without limitation BMO Harris Bank, Certificate of Deposit account number 52609601.

3. The total amount of indebtedness or monies in the possession of the Executee/Garnishee at the time the Writ was served, including, without limitation, the amount of money which was owned by the deceased Josephine Marie Gallagher is $_____.

4. The total amount of indebtedness or monies of the Judgment Debtor withheld by the Executee/Garnishee pursuant to the Writ is $_____.

5. The amount of indebtedness or monies of the Judgment Debtor not withheld by the Executee/Garnishee if $_____. Reason for not withholding is:

6. At the time the Writ of Garnishment was served upon Executee/Garnishee, Executee/Garnishee did__ did not__ have possession of personal property of the Judgment Debtor. If yes, describe each item, or group of items, of personal property:

7. Please list all items of personal property withheld by the

Executee/Garnishee pursuant to the Writ:

8. Based upon Executee/Garnishee's knowledge, another person or entity is\_\_ is not X indebted to the Judgment Debtor, or in possession of personal property of the Judgment Debtor. If yes, give names and addresses:

9. If Executee/Garnishee is a corporation, Judgment Debtor now, or at the time the Writ was served, has\_\_ does not have\_\_ any stocks, bonds, options or other interest in the Corporation. If yes, state the NUMBER AND TYPE of shares owned by the Judgment Debtor, and a DESCRIPTION of any other interest the Judgment Debtor owns in the Executee/Garnishee Corporation as of the date the Writ was served, as shown on the Corporation's records:

10. If Executee/Garnishee answered "YES" to either question #2 or #6, copies of the Writ and Summons, underlying Judgment, Notice to Judgment Debtor, and Request for Hearing were delivered to Judgment Debtor on _____ by \_\_hand delivery, \_\_regular first class mail to the address determined to be the best calculated to reach the Judgment Debtor in a timely manner, or \_\_service pursuant to the Rules of Civil Procedure applicable to a Summons.

11. Copies of this Answer were delivered on  12-19-17  to the Judgment Debtor, the Judgment Creditor, or Judgment Creditor's attorney, if applicable, by ___ hand delivery, _X_ regular first class mail to the address determined to be the best calculated to reach the Judgment Debtor in a timely manner, or ___ service pursuant to the Rules of Civil Procedure applicable to a Summons, at the following address:

12. Executee/Garnishee's name, mailing address and telephone number is:
BMO Harris Bank
1200 E. Warrenville Rd
Naperville, IL 60563
Phone 331 281-5738
Fax 331 281-6240

13. I have read the foregoing document and know of my own knowledge that the facts stated therein are true and correct.

WHEREFORE, Executee/Garnishee prays that Executee/Garnishee be discharged on this Answer and that the Court award Executee/Garnishee reasonable compensation in the amount of $_____.

BMO Harris Bank
1200 E. Warrenville Rd
Naperville, IL 60563
Phone 331 281-5738
Fax 331 281-6240

Signature of Executee/Garnishee or Authorized Agent

SUBSCRIBED AND SWORN on  12/19/17

OFFICIAL SEAL
BETH A CLAUSEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES OCTOBER 20, 2019

Notary Public

-4-

1  Attorney's Name, Address, Phone
2  Mark E. Chadwick
   Munger Chadwick, P.L.C.
3  333 N. Wilmot, Suite 300
4  Tucson AZ  85711
   (520) 721-1900
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26


**BMO Harris Bank**
A part of BMO Financial Group

## PROOF OF SERVICE BY MAIL

**Under penalties as provided by law pursuant to 735 ILCS 5/1-109 I certify that the statements set forth herein are true and correct.**

The undersigned non-attorney certifies that this Proof of Service and enclosed documents were mailed to the appropriate parties identified on the enclosed on the  19  day of December 2017.

BMO Harris Bank, N.A.

*/s/ Deanna Kenney*

Deanna Kenney
Garnishment Group
BMO Harris Bank N.A.
1200 E. Warrenville Rd. | Naperville, IL 60563
(p) 331.281.5738 | (f) 331.281.6240



BMO Harris Bank N.A.