### ✳ Amended Answer ✳

| | |
|---|---|
| MUNGER CHADWICK, P.L.C.<br>National Bank Plaza<br>333 North Wilmot, Suite 300<br>Tucson, Arizona 85711<br>Telephone: (520) 721-1900<br>Facsimile: (520) 747-1550<br><br>Mark E. Chadwick<br>mechadwick@mungerchadwick.com<br>ASB # 014991<br>Attorney for: Plaintiff | ____ FILED ____ LODGED<br>____ RECEIVED ____ COPY<br><br>JAN - 2 2018<br><br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KOLEEN GALLAGHER,<br><br>    Plaintiff/<br>    Judgment Creditor,<br><br>vs.<br><br>RICHARD JAMES GALLAGHER,<br><br>    Defendant/<br>    Judgment Debtor<br><br>and<br><br>BMO HARRIS BANK<br>4380 n. Campbell, Suite 100<br>Tucson, AZ 8571<br>    Executee/Garnishee. | NO. 4:17-MC-00005<br><br>EXECUTEE/GARNISHEE ANSWER<br>AND AFFIDAVIT<br><br>(Rule 69, Fed. R. Civ. Pro;<br>A.R.S. §§12-1572 – 1597) |

State of Arizona  )
                ) ss.
County of Pima  )

    1.    I am the above named Executee/Garnishee or am authorized by the Executee/Garnishee to make this affidavit on their behalf, regarding the Writ of

1. Execution served on Executee/Garnishee on 12-18-17.

2. The Executee/Garnishee was ✗ was not ___ indebted to or otherwise in possession of monies of the Judgment Debtors at the time the Writ was served, including without limitation, any accounts in which Richard J. Gallagher is designated as payable upon death beneficiary, including, without limitation BMO Harris Bank, Certificate of Deposit account number 52609601.

3. The total amount of indebtedness or monies in the possession of the Executee/Garnishee at the time the Writ was served, including, without limitation, the amount of money which was owned by the deceased Josephine Marie Gallagher is $ CD on hold for $100,000.00      (Less our $100.00 legal Processing fee).

4. The total amount of indebtedness or monies of the Judgment Debtor withheld by the Executee/Garnishee pursuant to the Writ is $ 100,000.

5. The amount of indebtedness or monies of the Judgment Debtor not withheld by the Executee/Garnishee if $ 100.00. Reason for not withholding is: When we break the CD we will be taking ar $100.00 legal fee.

6. At the time the Writ of Garnishment was served upon Executee/Garnishee, Executee/Garnishee did ___ did not ✗ have possession of personal property of the Judgment Debtor. If yes, describe each item, or group of items, of personal property:

7. Please list all items of personal property withheld by the

-2-

1  Executee/Garnishee pursuant to the Writ:

4  8. Based upon Executee/Garnishee's knowledge, another person or entity

5  is _X_ is not ___ indebted to the Judgment Debtor, or in possession of personal

7  property of the Judgment Debtor. If yes, give names and addresses:
   Richard James Gallagher
   Josephine Gallagher
   4688 W. Tangerine Rd Apt. 1102, Marana, AZ 85658

9  9. If Executee/Garnishee is a corporation, Judgment Debtor now, or at

10 the time the Writ was served, has ___ does not have ___ any stocks, bonds, options

12 or other interest in the Corporation. If yes, state the NUMBER AND TYPE of

13 shares owned by the Judgment Debtor, and a DESCRIPTION of any other interest

14 the Judgment Debtor owns in the Executee/Garnishee Corporation as of the date the

16 Writ was served, as shown on the Corporation's records:

17 10. If Executee/Garnishee answered "YES" to either question #2 or #6,

18 copies of the Writ and Summons, underlying Judgment, Notice to Judgment

20 Debtor, and Request for Hearing were delivered to Judgment Debtor on

21 ___12-29-17___ by ___ hand delivery, _X_ regular first class mail

22 to the address determined to be the best calculated to reach the Judgment Debtor in

24 a timely manner, or ___ service pursuant to the Rules of Civil Procedure applicable

25 to a Summons.

1      11.    Copies of this Answer were delivered on ___12-29-17___ to the

2  Judgment Debtor, the Judgment Creditor, or Judgment Creditor's attorney, if

3

4  applicable, by ___hand delivery, _X_regular first class mail to the address

5  determined to be the best calculated to reach the Judgment Debtor in a timely

6

7  manner, or ___service pursuant to the Rules of Civil Procedure applicable to a

8  Summons, at the following address:

9      12.    Executee/Garnishee's name, mailing address and telephone number is:

BMO Harris Bank
1200 E. Warrenville Rd
Naperville, IL 60563
Phone 331 281-5738
Fax 331 281-6240

       I have read the foregoing document and know of my own knowledge

13  that the facts stated therein are true and correct.

14       WHEREFORE, Executee/Garnishee prays that Executee/Garnishee be

15

16  discharged on this Answer and that the Court award Executee/Garnishee reasonable

17  compensation in the amount of $_____.

18

19                                                          _____ell_____
20                                                  Signature of Executee/Garnishee or
                                                    Authorized Agent
21
    SUBSCRIBED AND SWORN on ___December 29, 2017___
22

23         OFFICIAL SEAL
          BETH A CLAUSEN
    NOTARY PUBLIC - STATE OF ILLINOIS
24  MY COMMISSION EXPIRES OCTOBER 20, 2019

25                                                          _____
                                                            Notary Public
26

-4-

| | |
|---|---|
| 1 | Attorney's Name, Address, Phone |
| 2 | Mark E. Chadwick |
| | Munger Chadwick, P.L.C. |
| 3 | 333 N. Wilmot, Suite 300 |
| 4 | Tucson AZ  85711 |
| | (520) 721-1900 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

## PROOF OF SERVICE BY MAIL

**Under penalties as provided by law pursuant to 735 ILCS 5/1-109 I certify that the statements set forth herein are true and correct.**

The undersigned non-attorney certifies that this Proof of Service and enclosed documents were mailed to the appropriate parties identified on the enclosed on the 29 day of Dec 2017.

BMO Harris Bank, N.A.

_____
Erin Hoffman
Garnishment Group
BMO Harris Bank N.A.
1200 E. Warrenville Rd. | Naperville, IL 60563
(p) 331.281.5762 | (f) 331.281.6240