1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**MUNGER CHADWICK, P.L.C.**
National Bank Plaza
333 North Wilmot, Suite 300
Tucson, Arizona  85711
Telephone:  (520) 721-1900
Facsimile:   (520) 747-1550

Mark E. Chadwick
mechadwick@mungerchadwick.com
ASB # 014991
Attorney for: Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

KOLEEN GALLAGHER,

                Plaintiff/
                Judgment Creditor,

     vs.

RICHARD JAMES. GALLAGHER,

                Defendant/
                Judgment Debtor

and

Beverly Gallagher, Person Representative
The Estate of Josephine Marie Gallagher
c/o Kevin Kinghorn
Kinghorn Heritage Law Group, PLC
3573 East Sunrise Drive, Suite 209
Tucson, AZ  85718

                Executee/Garnishee.

NO. 4:17-MC-00005

**EXECUTEE/GARNISHEE ANSWER
AND AFFIDAVIT**

**(Rule 69, Fed. R. Civ. Pro;
A.R.S. §§12-1572 – 1597)**

State of Arizona    )
                 ) ss.
County of Pima    )

1

2        1.    I am the above named Executee/Garnishee or am authorized by the

3    Executee/Garnishee to make this affidavit on their behalf, regarding the Writ of

4    Execution served on Executee/Garnishee on 12/15/17       .

5

6        2.    The Executee/Garnishee was X  was not__ indebted to or otherwise in

7    possession of monies of the Judgment Debtors at the time the Writ was served.

8
    3.    The total amount of indebtedness or monies of the Judgment Debtors
9

10   in the possession of the Executee/Garnishee at the time the Writ was served is

11   $ unknown at this time, pending resolution of the Estate of Josephine Marie Gallagher.

12
    4.    The total amount of indebtedness or monies of the Judgment Debtor
13

14   withheld by the Executee/Garnishee pursuant to the Writ is $_____.

15       5.    The amount of indebtedness or monies of the Judgment Debtor not

16   withheld by the Executee/Garnishee if $_____.  Reason for not withholding is:
17

18       6.    At the time the Writ of Garnishment was served upon Executee/

19   Garnishee, Executee/Garnishee did__ did not__ have possession of personal property

20   of the Judgment Debtor.  If yes, describe each item, or group of items, of personal
21

22   property:

23       7.    Please list all items of personal property withheld by the

24   Executee/Garnishee pursuant to the Writ:
25

26

8.     Based upon Executee/Garnishee's knowledge, another person or entity is___ is not___ indebted to the Judgment Debtor, or in possession of personal property of the Judgment Debtor.  If yes, give names and addresses:

9.     If Executee/Garnishee is a corporation, Judgment Debtor now, or at the time the Writ was served, has___ does not have___ any stocks, bonds, options or other interest in the Corporation.  If yes, state the NUMBER AND TYPE of shares owned by the Judgment Debtor, and a DESCRIPTION of any other interest the Judgment Debtor owns in the Executee/Garnishee Corporation as of the date the Writ was served, as shown on the Corporation's records:

10.    If Executee/Garnishee answered "YES" to either question #2 or #6, copies of the Writ and Summons, underlying Judgment, Notice to Judgment Debtor, and Request for Hearing were delivered to Judgment Debtor on _____ by ___hand delivery, ___regular first class mail to the address determined to be the best calculated to reach the Judgment Debtor in a timely manner, or ___service pursuant to the Rules of Civil Procedure applicable to a Summons.

11.    Copies of this Answer were delivered on _____ to the Judgment Debtor, the Judgment Creditor, or Judgment Creditor's attorney, if

applicable, by ___hand delivery, ___regular first class mail to the address determined to be the best calculated to reach the Judgment Debtor in a timely manner, or ___service pursuant to the Rules of Civil Procedure applicable to a Summons, at the following address:

12.    Executee/Garnishee 's name, mailing address and telephone number is:

13.    I have read the foregoing document and know of my own knowledge that the facts stated therein are true and correct.

WHEREFORE, Executee/Garnishee prays that Executee/Garnishee be discharged on this Answer and that the Court award Executee/Garnishee reasonable compensation in the amount of  $_____.

_____.
Signature of Executee/Garnishee or
Authorized Agent

SUBSCRIBED AND SWORN on   _____.

_____
Notary Public

Attorney's Name, Address, Phone
Mark E. Chadwick
Munger Chadwick, P.L.C.
333 N. Wilmot, Suite 300
Tucson AZ  85711
(520) 721-1900

- 4 -