AMENDED ✓



```
         FILED ✓     LODGED
         RECEIVED    COPY
9                              9
         JAN - 2 2018

         CLERK U S DISTRICT COURT
              DISTRICT OF ARIZONA
BY_____ DEPUTY
```

**CHASE**
Court Orders and Levies
P.O. Box 183164
Columbus, OH 43218-3164
Phone: 1-866-578-7022

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA
405 W CONGRESS ST #1500
TUCSON, AZ 85701

**RE: KOLEEN GALLAGHER v. RICHARD J GALLAGHER Case No.: 417MC00005, UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

JPMorgan Chase Bank, N.A. is in receipt of your Post Judgment Garnishment against the following debtor(s): RICHARD J GALLAGHER

Accounts which are held:

| Account Number | Amount of Hold | Present Balance |
|---|---|---|
| 5512 | 146344.09 | 146644.09 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including without limitation: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

Memo: Hold placed on Account 5512 however debtor has no ownership interest or control of the account. Please respond confirming intent to restrain this account. Confirmation must include account number and date Post Judgment Garnishment was issued. No funds will be remitted without written confirmation of intent

**Answers**

| | |
|---|---|
| I owed judgment debtor: | $0.00 |
| I am withholding: | $146344.09 |
| I released: | $300.00 - STATUTORY EXEMPTION |
| I was in possession of the following personal property belonging to the judgment debtor: | Not Applicable |
| Garnishee is a corporation in which the judgment debtor owns these shares or interest: | NONE |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

COAL-18Dec17-1407
SD_SwornDocumentExecution_000125720100
A37

COPY OF DOCUMENT
Original Document Notarized (if applicable) and Mailed

Page 1 of 2

## AMENDED

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Post Judgment Garnishment. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

The writ and notice to judgment debtor has been placed for mailing on 12/21/17 to the judgment debtor. The answer has been placed for mailing on 12/22/17 to the judgment debtor and creditor.

12/22/17

Very truly yours,

ANTONIO R VAZQUEZ
Doc Review Sr Specialist II
JPMorgan Chase Bank, N.A.
Court Orders and Levies Department

State of Texas
County of Bexar

Sworn to and subscribed before me on the 22 day of Dec, 2017, by __Antonio R Vazquez__.

Signature of Notary

CRISTINA AVILA
Notary Public, State of Texas
Comm. Expires 09-22-2018
Notary ID 12996556-3

COAL-18Dec17-1407
SD_SwornDocumentExecution_000125720100
A37

COPY OF DOCUMENT
Original Document Notarized (if applicable) and Mailed

Page 2 of 2

**CHASE O**

JPMorgan Chase Bank, N.A.
PO Box 183164
Columbus, OH 43218-3164

UNITED STATES DISTRICT COURT DISTRICT OF
405 W CONGRESS ST #1500
TUCSON, AZ 85701

COAL-18Dec17-1407
SD_SwornDocumentExecution_000125720100