**MUNGER CHADWICK, P.L.C.**
National Bank Plaza
333 North Wilmot, Suite 300
Tucson, Arizona 85711
Telephone: (520) 721-1900
Facsimile: (520) 747-1550

Mark E. Chadwick
mechadwick@mungerchadwick.com
ASB # 014991
Attorney for: Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KOLEEN GALLAGHER,<br><br>　　　　Plaintiff/<br>　　　　Judgment Creditor,<br><br>vs.<br><br>RICHARD JAMES. GALLAGHER,<br><br>　　　　Defendant/<br>　　　　Judgment Debtor<br><br>and<br><br>BMO HARRIS BANK<br>4380 N. Campbell, Suite 100<br>Tucson, AZ 85718<br><br>　　　　Executee/Garnishee. | NO. 4:17-MC-00005<br><br>**APPLICATION FOR EXECUTION/GARNISHMENT JUDGMENT**<br>**(Non-Earnings)**<br><br>(Rule 69, Fed. R. Civ. Pro;<br>A.R.S. §§12-1572 – 1597) |

I represent the judgment creditor in this action. I want the court to order judgment against Executee/Garnishee as shown below:

The Answer states execute/garnishee withheld money belonging to the judgment debtor from which the claim can be paid. The amount of the Judgment is $192,272.48, plus $2,230 in interest through January 29, 2018. The amount withheld is $99,900.00.

Judgment is requested in the amount of $48,158.59.

DATED this 20 day of January, 2018.

MUNGER CHADWICK, P.L.C.

Mark E. Chadwick
Attorney for Judgment Creditor

Copy of the Application for Garnishment Judgment and unsigned Garnishment Judgment mailed this 25 day of January, 2018, to:

Richard James Gallagher
P.O. Box 273
Hampstead, NC 28443
Judgment Debtor

Richard James Gallagher
c/o George E. Tuttle, Jr.
1225 Marth Custis Dr., Parc East 103
Alexandria, Virginia 22302
Attorney for Judgment Debtors

BMO HARRIS BANK
4380 N. Campbell, Suite 100
Tucson, AZ 85718
Executee/Garnishee